| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF JASPER | CIVIL ACTION NO.: 2023-CP-27-195 |

VICKIE WILLIAMS and )
JOHNNIE WRIGHT, )
                                     )
    Plaintiffs, )
                                     )
v. )   **NOTICE OF FILING OF**
                                     )   **NOTICE OF REMOVAL**
VIVIAN LESCO, )
                                     )
    Defendant )
_____)

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1446, Defendant Vivian Lesco has on the 15th day of September, 2023, filed with the United States District Court for the District of South Carolina her Notice of Removal of this action from this Court as provided by law, a copy of said Notice being attached hereto and served herewith as **Exhibit A.**

Accordingly, pursuant to 28 U.S.C. § 1446(d), this case has been removed to the United States District Court for the District of South Carolina, and this Court shall proceed no further unless and until the case is remanded.

This the 15th day of September, 2023.

                                                            **GOLDBERG SEGALLA LLP**

                                                            /s/ Alexander E. Davis
                                                            Alexander E. Davis
                                                            SC State Bar No. 101951
                                                            John I. Malone, Jr.
                                                           SC State Bar No. 101962
                                                           701 Green Valley Rd., Suite 310
                                                           Greensboro, NC  27408
                                                           Telephone:     336.419.4900
                                                           aedavis@goldbergsegalla.com
                                                           jmalone@goldbergsegalla.com
                                                           *Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2023. a true and correct copy of the foregoing was served via electronic mail and/or by US First Class Mail, postage-prepaid addressed as follows:

Lauren Carroway, Esq.
Morgan & Morgan
1544 Fording Island Rd., Suite A
Hilton Head, SC
*Attorney for Plaintiff*

Michael J. Ferri
Grimball & Cabaniss, L.L.C.
P.O. Box 31358
Charleston, S.C. 29417
Mike.ferri@grimcab.com
*Attorney for Non-Party State Farm Mutual Automobile Insurance Company*

This the 15th day of September, 2023.

GOLDBERG SEGALLA LLP

/s/ Alexander E. Davis
Alexander E. Davis
S.C. State Bar No. 101951
701 Green Valley Road, Suite 310
Greensboro, NC 27408
Telephone: 336.419.4900
aedavis@goldbergsegalla.com
*Attorney for Defendant*